SO ORDERED.

Hon. Esther Salas, U.S.D.J.
Dated: June 13, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

VERONICA GASPA

                Plaintiff,

-against-

EVOLVE MSO HOLDINGS, LLC,

                Defendant(s).

Case No: 3:25-cv-00063-ES-MAH

Judge Esther Salas
Magistrate Judge Michael A. Hammer

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EVOLVE MSO HOLDINGS, LLC

    Plaintiff Veronica Gaspa ("Plaintiff"), by counsel, and Defendant Evolve MSO Holdings, LLC ("Evolve"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's case against Evolve should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                              Respectfully submitted,

Date:  June 12, 2025

| /s/ Uri Horowitz | /s/ Marc A. Brotman (with consent) |
|---|---|
| Uri Horowitz, Esq. | Marc A. Brotman, Esq. |
| Horowitz Law, PLLC | Fields Howell LLP |
| 14441 70th Road | 19 W. College Avenue, Suite 100 |
| Flushing, NY 11367 | Yardley, PA 19067 |
| Telephone: (718) 705-8706 | Telephone: (267) 409-7811 |
| uri@horowitzlawpllc.com | mbrotman@fieldshowell.com |
| *Counsel for Veronica Gaspa* | *Counsel for Defendant Evolve MSO* |

|  | *Holdings, LLC* |
|---|---|

## CERTIFICATE OF SERVICE

I certify that on 6/12/2025, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Uri Horowitz*
    Uri Horowitz
    *Attorneys for Plaintiff*